# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161926-7(72)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

AUDREY L. WALDRON, a/k/a AUDREY
L. ANDRUS,
       Plaintiff/Counterdefendant-
       Appellee,

v

       SC: 161926, 161927
       COA: 346897, 348305
       Lapeer CC: 2011-044159-DO

JAMES E. WALDRON,
       Defendant/Counterplaintiff-
       Appellant.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer submitted on November 25, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2020           

                         Clerk